# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 13-6003-01-CR-SJ-DW |
|  | ) |  |
| ROBERT L. VACA, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 24). Neither party has filed objections to the Report and Recommendation.

After an independent review of the record and the findings of Dr. Cynthia A. Low, the Court adopts Judge Maughmer's recommendation and finds Defendant Robert Vaca competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. Accordingly, the Court orders that Judge Maughmer's Report and Recommendation be attached to and made part of this Order.

SO ORDERED.

Date: October 1, 2013   /s/ Dean Whipple
                        Dean Whipple
                        United States District Judge